IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

MICHAEL HEINRICH, JR., on his own
behalf and those similarly situated,

    Plaintiff,

v.

ALLIANCE PROPERTY SERVICES OF
GEORGIA, a Domestic Profit Corporation,
and MATTHEW J. MEYERS, SR.,
Individually,                                Case No. 2:19-cv-22-RWS

    Defendant.

v.

US SNOW PROS, LLC, a Domestic
Limited Liability Company,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)    The undersigned counsel of record for a party in this action certifies the following is a full and complete list of all parties in this action, including any parent corporation and publicly held corporation that owns 10% or more of the stock of a party:

    a.    <u>Plaintiff</u>: **Michael Heinrich**

    b.    <u>Defendants</u>:

      i.      **Alliance Property Services of Georgia**

      ii.     **Matthew J. Meyers, Sr.**

     iii.    There are no parent corporations or other parties that own 10% or more of the stock of Alliance Property Services of Georgia.

  c.    <u>Cross-Defendant</u>:  **US Snow Pros, LLC**

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  <u>None at this time.</u>

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  a.    <u>Plaintiff's Attorney</u>:  **Andrew Frisch**, Morgan & Morgan, P.A. 600 N. Pine Island Road, Suite 400, Plantation, FL, 33324, Phone:  954-WORKERS (954-361-5911); Fax: 954-327-3013; Email: AFrisch@forthepeople.com.

  b.    <u>Defendants' Attorney</u>:  **Cadman Robb Kiker, Jr.**, The Kiker Law Firm, P.C, 137 East Morgan Street, P.O. Box 1713, Clarkesville, Georgia, 30523; Phone: (706) 754-7622; Email: robb@kikerfirm.com.

  c.    <u>Cross-Defendant's Attorney</u>:  Unknown at this time.

      d.    There are no other attorneys for the parties in this proceeding that are known to the undersigned at this time.

DATED:  April 16, 2019.        Respectfully submitted,

                                        **THE KIKER LAW FIRM**

                              By:  */ss/ Cadman Robb Kiker, Jr.*
                                  Cadman Robb Kiker, Jr., Esq.
                                  137 East Morgan Street
                                  P.O. Box 1713
                                  Clarkesville, GA 30523
                                  Phone: (706) 754-7622
                                  Email: robb@kikerfirm.com

                                  *Trial Counsel for Defendants*
                                  *Alliance Property Services of Georgia*
                                  *and Matthew J. Meyers, Sr.*

## CERTIFICATE OF SERVICE

I, Cadman Robb Kiker, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 16, 2019.

                              By:  */ss/ Cadman Robb Kiker, Jr.*
                                  Cadman Robb Kiker, Jr., Esq.
                                  Georgia Bar No. 417508

-4-

## L.R. 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14-point.

By: */s/ Cadman Robb Kiker, Jr.*
Cadman Robb Kiker, Jr., Esq.
Georgia Bar No. 417508