UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

MICHAEL HEINRICH, JR., on his own
behalf and those similarly situated,

        Case No. 2:19-cv-22-RWS

    Plaintiff,

v.

ALLIANCE PROPERTY SERVICES OF
GEORGIA, a Domestic Profit Corporation, and
MATTHEW J. MEYERS, SR., Individually,

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the office of Andrew R. Frisch, Morgan & Morgan, P.A., counsel for Plaintiff in the above-captioned matter has moved. The new address and contact information for the undersigned is as follows:

    Morgan & Morgan, P. A.
    8151 Peters Road, Suite 4000
    Plantation, FL 33324
    Telephone: (954) WORKERS; Facsimile: (954) 327-3013
    Email: AFrisch@fortheeople.com

Dated: June 14, 2019        Respectfully submitted,

        **/s/ *ANDREW R. FRISCH***
        Andrew R. Frisch
        Morgan & Morgan, P.A.
        8151 Peters Road Suite 4000
        Plantation, FL 33324
        Tel: (954) 318-0268; Fax: (954) 327-3017
        Email: AFrisch@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 14th day of June, 2019, which I understand will send a notice of same to all counsel of record for Defendant.

/s/ *ANDREW R. FRISCH*
Andrew R. Frisch