IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Michael Heinrich,<br><br>    Plaintiff,<br><br>v.<br><br>Alliance Property Services of Georgia, Inc., a Georgia Domestic Profit Corporation and Matthew J. Meyers, Sr., Individually,<br><br>    Defendants. | Civil Action File No.<br>2:19-cv-00022-RWS |

## ORDER EXTENDING DISCOVERY PERIOD

**THIS MATTER**, having come before the Court on Defendants' Motion to Extend Discovery Period, and the Court having been otherwise duly advised:

**IT IS ORDERED** that the Defendants' Motion to Extend Discovery Period is hereby **GRANTED**. The Discovery Period is hereby extended to February 17, 2021.

**SO ORDERED** this 26th day of October, 2020.

_____
**RICHARD W. STORY**
United States District Judge